

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 MAR 15 PM 3: 35

CLERK OF COURT

| | | |
|---|---|---|
| BROOKS WARE AND KELSEY WARE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-01137-A |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Plaintiffs and Defendant have reached a settlement in this matter. The parties will submit an Agreed Motion to Dismiss with Prejudice within 45 days, or as otherwise directed by the Court. Due to the settlement of the case, the parties ask that all deadlines be abated for 45 days, or as otherwise directed by the Court, to ensure adequate time for the parties to sign releases.

Respectfully submitted,

_Vanessa A. Rosa_

Roger D. Higgins     State Bar No. 09601500
Vanessa A. Rosa     State Bar No. 24081769

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
rhiggins@thompsoncoe.com
vrosa@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on March 15, 2017, a true and correct copy of the foregoing was served on Plaintiff's counsel of record by electronic notice and/or certified mail return receipt requested:

Jesse S. Corona
The Corona Law Firm, PLLC
521 N. Sam Houston Pkwy E, Ste. 420
Houston, TX 77060
Jesse@theCoronaLawfirm.com

_____
Vanessa A. Rosa