

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BROOKS WARE AND KELSEY WARE, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-01137-A |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Brooks Ware and Kelsey Ware and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

*[signature]*

Jesse S. Corona
State Bar No. 24082184
The Corona Law Firm PLLC
521 N. Sam Houston Pkwy E, Suite 420
Houston, Texas 77060
Telephone: 281.882.3531
Telecopy: : 713-678-0613
jesse@thecoronalawfirm.com

*Signed with permission

**COUNSEL FOR PLAINTIFFS**

Respectfully submitted,

*/s/ Vanessa A. Rosa*
_____
Roger D. Higgins
State Bar No. 09601500
Vanessa Rosa
State Bar No. 24081769
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:    (214) 871-8209
rhiggins@thompsoncoe.com
vrosa@thompsoncoe.com

**COUNSEL FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record.

Jesse S. Corona
The Corona Law Firm PLLC
521 N Sam Houston Pkwy E, Ste. 420
Houston, Texas 77060
Jesse@theCoronaLawfirm.com

*/s/ Vanessa Rosa*
_____
Vanessa Rosa