IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 15 2017
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

| | | |
|---|---|---|
| BROOKS WARE AND KELSEY WARE, | § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-01137-A |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**~~ORDER~~ Final Judgment OF DISMISSAL WITH PREJUDICE**

The Court, after having considered Plaintiffs, Brooks Ware's and Kelsey Ware's, and Defendant Allstate Vehicle and Property Insurance Company's Agreed Stipulation of Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 15 day of March, 2017.

_____
U.S. DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

_____
Jesse S. Corona
Texas Bar No. 24082184
521 N Sam Houston Pkwy E, Ste. 420
Houston, Texas 77060
Telephone: 281-882-3531
Telecopy:   713-678-0613
Jesse@theCoronaLawfirm.com

*Signed with permissions*

**ATTORNEY FOR PLAINTIFFS**


_____
Roger D. Higgins
State Bar No. 09601500
Vanessa A. Rosa
State Bar No. 24081769
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: 214-871-8200
Telecopy:   214-871-8209

**ATTORNEYS FOR DEFENDANT**